B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# Southern DIVISION

In re *Bonnell Enterprises, Inc.*
    *a Corporation*
       *aka Dynamite Landscaping Company*
,
                Debtor(s)

Case No.
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 330500, Stop 15<br>Detroit MI  48232 | Phone:<br>Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 330500, Stop 15<br>Detroit MI  48232 | | | $ 750,000.00 |
| 2<br>PJ Hebert<br>49920 Ryan Road<br>Shelby Township MI   48317 | Phone:<br>PJ Hebert<br>49920 Ryan Road<br>Shelby Township MI   48317 | | | $ 29,000.00 |
| 3<br>MESC<br>3024 W. Grand Blvd.<br>Suite 11-500<br>Detroit MI  48202-3450 | Phone:<br>MESC<br>3024 W. Grand Blvd.<br>Suite 11-500<br>Detroit MI  48202-3450 | | | $ 15,000.00 |
| 4<br>State of Michigan<br>PO BOX 31099<br>Lansing MI   48909-7699 | Phone:<br>State of Michigan<br>PO BOX 31099<br>Lansing MI   48909-7699 | | | $ 12,000.00 |
| 5<br>Oakland County<br>1200 North Telegraph Road<br>Pontiac  MI   48341 | Phone:<br>Oakland County<br>1200 North Telegraph Road<br>Pontiac  MI   48341 | | | $ 5,000.00 |

_____ ,
  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Macomb County<br>One South Main Street<br>2nd Floor<br>Mt. Clemens MI   48043 | Phone:<br>Macomb County<br>One South Main Street<br>2nd Floor<br>Mt. Clemens MI   48043 | | | $ 3,000.00 |
| 7<br>Financial Pacific Leasing<br>3455 S. 344th Way, #300<br>Federal Way WA   98801-9546 | Phone:<br>Financial Pacific Leasing<br>3455 S. 344th Way, #300<br>Federal Way WA   98801-9546 | | | $ 2,000.00 |
| 8<br>Five Point Capital<br>PO BOX 13604<br>Philadelphia PA   19101-3604 | Phone:<br>Five Point Capital<br>PO BOX 13604<br>Philadelphia PA   19101-3604 | | | $ 1,800.00 |
| 9<br>Sheldon Gonte, MD<br>PO BOX 32615<br>Detroit MI   48232 | Phone:<br>Sheldon Gonte, MD<br>PO BOX 32615<br>Detroit MI   48232 | | | $ 500.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Douglas Bonnell*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *6/22/2011*     Signature  */s/ Douglas Bonnell*
                      Name:  *Douglas Bonnell*
                      Title: *President*